The Honorable Robert J. Bryan

FILED ___ LODGED
___ RECEIVED
JAN 17 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRY L. SMITH, both individually and as trustee for the TERRY L. SMITH AND LOUISE A. SMITH FAMILY REVOCABLE LIVING TRUST; LOUISE A. SMITH, both individually and as trustee for the TERRY L. SMITH AND LOUISE A. SMITH FAMILY REVOCABLE LIVING TRUST; BLUE BEAR COMPANY; HSBC BANK NEVADA, N.A.; and JEFFERSON COUNTY<br><br>    Defendants. | Civil No. 11-05101-RJB<br><br>ORDER GRANTING UNITED STATES' MOTION FOR RELIEF FROM DISCOVERY MOTION DEADLINE |

Upon review of the documents before the Court and upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Motion to for Relief from Discovery Motion Deadline is GRANTED.

//

//

//

**11-CV-05101-ORD**

ORDER
Civil No. 11-05101-RJB      - 1 -

United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
(202) 353-1844

1  The United States shall file its Motion to Compel the Depositions of Terry L. Smith and Louise
2  A. Smith within five days of the date of this ORDER.

4  DATED this 17 day of Jan, 2011.

The Honorable Robert J. Bryan
United States District Judge

9  Presented by:

10  JOHN A. DICICCO
Principal Deputy Assistant Attorney General

/s/ Quinn P. Harrington
12  MICHAEL P. HATZMICHALIS
QUINN P. HARRINGTON
13  Trial Attorneys, Tax Division
U.S. Department of Justice
14  Post Office Box 683
Ben Franklin Station
15  Washington, D.C. 20044
Telephone: (202) 353-1844
16  Michael.P.Hatzimichalis@usdoj.gov
Quinn.P.Harrington@usdoj.gov

JENNY A. DURKAN
18  United States Attorney
*Of Counsel*

ORDER
Civil No. 11-05101-RJB                          - 2-2 -