

FILED ___ LODGED
___ RECEIVED
JAN 17 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TERRY L. SMITH, both individually and as trustee for the TERRY L. SMITH AND LOUISE A. SMITH FAMILY REVOCABLE LIVING TRUST; LOUISE A. SMITH, both individually and as trustee for the TERRY L. SMITH AND LOUISE A. SMITH FAMILY REVOCABLE LIVING TRUST; BLUE BEAR COMPANY; HSBC BANK NEVADA, N.A.; and JEFFERSON COUNTY<br><br>Defendants. | Civil No. 11-05101-RJB<br><br>ORDER GRANTING UNITED STATES' MOTION FOR RELIEF FROM DISCOVERY MOTION DEADLINE |

Upon review of the documents before the Court and upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Motion to for Relief from Discovery Motion Deadline is GRANTED.

//

//

//

11-CV-05101-ORD

ORDER
Civil No. 11-05101-RJB          - 1 -

United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
(202) 353-1844

1  The United States shall file its Motion to Compel the Depositions of Terry L. Smith and Louise
2  A. Smith within five days of the date of this ORDER.

DATED this 17 day of Jan, 2011.

_____
The Honorable Robert J. Bryan
United States District Judge

Presented by:

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

/s/ Quinn P. Harrington
MICHAEL P. HATZMICHALIS
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1844
Michael.P.Hatzimichalis@usdoj.gov
Quinn.P.Harrington@usdoj.gov

JENNY A. DURKAN
United States Attorney
*Of Counsel*

ORDER
Civil No. 11-05101-RJB            - 2-2 -