The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 11-05101-RJB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING UNITED STATES' |
| ) | MOTION TO RESET MEDIATION |
| TERRY L. SMITH, both individually and as ) | DEADLINES |
| trustee for the TERRY L. SMITH AND LOUISE A. ) | |
| SMITH FAMILY REVOCABLE LIVING TRUST; ) | |
| LOUISE A. SMITH, both individually and as ) | |
| trustee for the TERRY L. SMITH AND LOUISE ) | |
| A. SMITH FAMILY REVOCABLE LIVING ) | |
| TRUST; BLUE BEAR COMPANY; HSBC BANK ) | |
| NEVADA, N.A.; and JEFFERSON COUNTY ) | |
| ) | |
| Defendants. ) | |

Upon review of the documents before the Court and upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Motion to Reset the Mediation Deadlines is GRANTED.

IT IS FURTHER ORDERED THAT the Mediation Deadlines are rest as follows:

-Settlement Conference per CR 39.1(c)(2) HELD no later than **June 20, 2012**

-Mediation per CR 39.1(c)(2) HELD no later than **July 20, 2012**

Order
Civ No. 11-05101-RJB             - 1 -

**United States Dept. Of Justice**
Tax Division
PO Box 683, Ben franklin Station
Washington, DC 20044
(202) 514-6507

-Letter of compliance as to CR 39.1 FILED by **July 27, 2012**

IT IS SO ORDERED

DATED this 23rd day of April, 2011.

Robert J Bryan
United States District Judge

Presented by:

KATHRYN M. KENEALLY
Assistant Attorney General

 /s/ Quinn P. Harrington
MICHAEL P. HATZMICHALIS
QUINN P. HARRINGTON
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-1844
Michael.P.Hatzimichalis@usdoj.gov
Quinn.P.Harrington@usdoj.gov

JENNY A. DURKAN
United States Attorney
*Of Counsel*

Order
Civ No. 11-05101-RJB                       - 2 -

**United States Dept. Of Justice**
Tax Division
PO Box 683, Ben franklin Station
Washington, DC 20044
(202) 514-6507